UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON DESIMAS,<br><br>Defendant. | NO. CR20-222 RAJ<br><br>**Government's Motion to Seal Exhibits A-C**<br><br>**NOTED: January 1, 2021** |

The United States of America, by and through Brian T. Moran, United States Attorney for the Western District of Washington, and Ye-Ting Woo, Assistant United States Attorney for said District, hereby files this Motion to Seal Exhibits A, B, and C relating to the government's Motion for Detention and Memorandum in Support.

//

//

//

Motion to Seal
*U.S. v. JASON DESIMAS CR20-222 RAJ* - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Government hereby requests that Exhibits A-C to its motion and memorandum in support of detention as to defendant Jason DeSimas, which will be filed under seal following this motion, be allowed to filed under seal and to remain under seal until further order of this Court due to the sensitive information pursuant contained therein.

DATED this 21st day of December, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*s/ Ye-Ting Woo*
YE-TING WOO
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: (206)-553-7970
Fax: (206)-553-0755
E-mail: ye-ting.woo@usdoj.gov

Motion to Seal
*U.S. v. JASON DESIMAS CR20-222 RAJ* - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970