Hi my name is C███ P████ I'm 15 years old in 8th grade. Im writing this letter for Jason Desimas, my dad. See he is not my father but he is the only man like a dad to me. Before he was my dad I was a bad kid. I always got in trouble and hated school and did not like myself. I always got kicked out of school and made my mom life hard. Then my dad Jason moved in to his shop in front of are apartment. I never had a dad before him he is my only dad. He said stay in school get good grades and play football. I have not got kick out of school again last year I tried out football and got good grades. My dad gave me my first job and paid me. I clean out the shop at night for my first job. Right now I am getting all As and I have not be absent at all this year. Me and my dad also go to the gym to work out so I look good for the ladies. I love my dad very much and asking please to take it easy on him everybody makes mistakes and he has loved me like a real dad. I need my dad.



C███ P████

**From:** Tiffany
**Sent:** Monday, December 21, 2020 8:27 AM
**To:** Sara Brin
**Subject:** Letter for Jason Desimas

To whom it may concern,

      Hello, my name is Tiffany ▮▮▮ and I am a friend of Jason Desimas. I am writing to tell you the kind of person I know Jason to be, and the man we all know and love.

    I met Jason when he moved the shop to 82nd and Pacific ave, and from the day I met him he has been nothing but an amazing friend. This man from the moment I met him, has looked out for me and my children. We felt protected and safe with him around. You see, I am a survivor of domestic violence, and my son's father stalks us. When we lived behind the shop, I always knew my son and I were safe from harm. Jason is not a bad man, maybe made some bad mistakes in life but who hasnt? He is a good person, loving, and loyal friend.

    Jason is one of the only people I trust around my son, and my son loves him like an uncle. He has made a difference in a lot of people's lives since he's changed his life around, and I just ask that you please take that into consideration with this. My son and I would be devastated not having him around. He is a good man, with an amazing heart of gold. Thank you for taking the time to read my letter.

Tiffany

|          |                                      |
|----------|--------------------------------------|
| **From:**    |                                      |
| **To:**      | Sara Brin                            |
| **Subject:** | Jason desimess                       |
| **Date:**    | Friday, December 18, 2020 6:53:51 PM |

Hi my name's Mike and I have worked with jason for 3 years now and gotten to know him on a personal level. He is a really good person and has helped my family and I alot. He is not a mean or hateful person. If he goes to jail and the tattoo shop closes I will be out of the only job that I have been successful at in years. I am the main bread winner in my family and with out the shop my family will suffer greatly. Thank you for taking the time to read this.