THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JASON DESIMAS,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. CR20-222-RAJ<br><br>(PROPOSED) ORDER GRANTING MOTION TO REVIEW AND REVOKE DETENTION ORDER |

THE COURT has considered Mr. DeSimas's motion to review and revoke the Magistrate Judge's detention order, the government's response, and all the records and files in this case.

IT IS NOW ORDERED that the motion is GRANTED. This matter is hereby remanded to the Magistrate Judge to direct Mr. Desimas's release on the least restrictive bond conditions necessary.

DATED this ___ day of _____ 2020.

_____
RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Sara Brin*
Assistant Federal Public Defender
Attorney for Jason DeSimas

ORDER GRANTING MOTION TO REVIEW
AND REVOKE DETENTION ORDER
(*United States v. DeSimas*, CR20-222-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100