# EXHIBIT A

# EXHIBIT A

# FIR: DO NOT SEND TO RECORDS!

| | | |
|---|---|---|
| DO NOT DISCLOSE!: ☐ | **SHERIFF** KING COUNTY | FIR |
| DomesticViolence ☐ | | |

| | | |
|---|---|---|
| 03-339141 | Page 1 | |
| 503-A-0 | District: **C-1** | |

| Reported: 10/26/2003 | DOW Sun | Time: 19:25 | Incident Type: **CRIMINAL WARRANT, FELONY** | Initial FCR -- | Court | Juvenile ☐ |
| Occ Between: 10/26/2003 | DOW Sun | Time: 19:25 | And: 10/26/2003 | DOW Sun | Time: 20:15 | LocationName: |

| Incident Location: 13715 415 WY SE | City: NORTH BEND | State: WA | Zip: 98045 |

## SUSPECTS/ARRESTED PERSONS SECTION

| Association: **ARRESTED** | Last, First Middle **DESIMAS, JASON ROY** | Interpreter Needed ☐ | Booked ☐ | Citation # | Co-Defendant # |

| Address: [redacted] | City: NORTH BEND | ST: WA | Zip: 98045 | Phone Numbers: [redacted] |

| Sex M | Race W | DOB [redacted] | Height 6' 0" | Weight 240 | Hair BRO | Glass' | Eyes GRN | Facial Hair GOATEE |

| Scars, Marks & Tatoos: **NUMEROUS TATTOOS ON BOTH ARMS AND NECK: "WHITE PRIDE" TATTOO ON CHEST; DEVIL'S FACE ON FRONT OF NECK. BOTH EARS PIERCED. LEFT EYEBROW PIERCED.** | Clothing | Gang | Set |

| Occupation: TATTOO ARTIST | Employer: ELECTRIC BLUE TATTOO | OLN: [redacted] | ST: WA | SSN: [redacted] | AFIS#: |

| Additional Alias': Last Name | First Name | MI | Moniker: Gravy |

## VICTIMS, WITNESSES AND OTHER PERSONS SECTION

| Association: **SUBJECT** | Last, First Middle [redacted] | Interpreter Needed ☐ | Phone Numbers: |

| Address: [redacted] | City: NORTH BEND | ST: WA | Zip: 98045 |

| Sex F | Race W | | Est. Age 27 | Height | Weight | Hair BRO | Glass' | Eyes | Facial Hair |

| Scars, Marks & Tatoos | Clothing | Gang | Set |

| Occupation | Employer | OLN | ST | SSN | AFIS#: |

## REVIEW

| DateSubmitted: | Reporting Officer: 02425   Allen, Scott M | Disposition: **ARREST MADE - NO INCIDENT # NEEDED** |
| DateTimeReviewed: | ReviewedBy: | CIDScreener: | Event Processing Status: **Completed** |
| DateAssigned | InvestigatorAssigned | | Date Status Last Changed: 10/26/2003 8:06:33 |

☐ Aid Req  ☐ Weapons  ☐ Injury  ☐ Alcohol  ☐ Computer  ☐ Dom Viol  ☐ Drug  ☐ Juvenile  ☐ Gang

Printed by: Germano, Heidi   On: Tuesday 10/08/19 09:06

INCIDENT REPORT  96-340483-A
1067227593

# SHERIFF KING COUNTY

**FIR** | 03-339141 | Page 2
503-A-0 | District: C-1

DO NOT DISCLOSE!: ☐
DomesticViolence ☐

## Subject 1

| Association: | Last, First Middle | Interpreter Needed | Phone Numbers: |
|---|---|---|---|
| SUBJECT | | | |

| Address | City | ST | Zip |
|---|---|---|---|
| | NORTH BEND | WA | 98045 |

| Sex | Race | DOB | Height | Weight | Hair | Glass' | Eyes | Facial Hair |
|---|---|---|---|---|---|---|---|---|
| F | W | | 5' 10" | 230 | BLN | | HAZ | |

**Scars, Marks & Tatoos:** TATTOOS; NECK, LEGS, FINGERS, & ARMS. PIERCINGS; CHEEK, LIPS, EARS, TONGUE, AND NIPPLES.

Clothing: | Gang: | Set:

| Occupation | Employer | OLN | ST | SSN | AFIS#: |
|---|---|---|---|---|---|
| SALES ASSOCIATE | DOLLAR STORE | | WA | | |

Additional Alias': Last Name | First Name | MI | Moniker

## Subject 2

| Association: | Last, First Middle | Interpreter Needed | Phone Numbers: |
|---|---|---|---|
| SUBJECT | | | |

| Address | City | ST | Zip |
|---|---|---|---|
| | NORTH BEND | WA | 98045 |

| Sex | Race | DOB | Height | Weight | Hair | Glass' | Eyes | Facial Hair |
|---|---|---|---|---|---|---|---|---|
| M | W | | 6' 3" | 275 | BRO | | BRO | GOATEE |

**Scars, Marks & Tatoos:** TATTOOS ON BOTH ARMS, LEGS, AND PIERCED EARS.

Clothing: | Gang: | Set:

| | | OLN | ST | SSN | AFIS#: |
|---|---|---|---|---|---|
| | | | WA | | |

## MO

Suspect Trademarks:
Instrument:
Entry Point:
Entry Method:

| PremisesType | Locked | Occupied | Total Property Cost: |
|---|---|---|---|
| | ☐ | ☐ | |

☐ Aid Req   ☐ Weapons   ☐ Injury   ☐ Alcohol   ☐ Computer   ☐ Dom Viol   ☐ Drug   ☐ Juvenile   ☐ Gang

## Narrative:

Deputy Henry and I were dispatched to the listed address on a party complaint. We knew this to be DESIMAS' house and we knew him to have a $50,000 felony warrant for Burglary 1st. After making contact with the others in the house, [REDACTED], we heard someone crashing through the bushes to the rear of the house. We went back there and found an opened window. [REDACTED] said it was open because they spilled bleach earlier. However, they could not explain the fresh shoe print on the window sill. We located DESIMAS a few minutes later hiding in the bushes. As we arrested him he exclaimed, "Is this over that burglary shit they were accusing me of? I wasn't even in town when it happened". DESIMAS was cooperative and booked into KCJ for his warrant.

## Certification

I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Date and Place: _____   Signature/Agency: _____

**END OF REPORT**