# EXHIBIT B





2





4

