AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of Washington

| | |
|---|---|
| United States of America<br>v.<br><br>Jason DeSimas<br><br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>) | Case No.   CR20-222-1 RAJ |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   Jason DeSimas                                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Count 1-3: Title18, U.S.C., Section 2 and 249(a)(1) - Hate Crime.
Count 4: Title 18, U.S.C., Section 1001 - False Statement.

Date:        12/16/2020

_Issuing officer's signature_

City and state:        Seattle, Washington

Brian A. Tsuchida, United States Magistrate Judge
_Printed name and title_

| **Return** |
|---|

This warrant was received on _(date)_  12/16/2020 , and the person was arrested on _(date)_  12/21/2020
at _(city and state)_  SEATTLE, WA          .

Date:  12/21/2020

_Arresting officer's signature_

CREE MOLINA, DUSM
_Printed name and title_