THE HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR20-222-RAJ |
| Plaintiff, | ) ) | ORDER GRANTING UNOPPOSED MOTION TO FILE OVERLENGTH |
| v. | ) ) | MOTION TO REVIEW AND REVOKE MAGISTRATE JUDGE'S DETENTION |
| JASON DESIMAS, | ) ) | ORDER (DKT. 21) AND REPLY IN SUPPORT (DKT. 25) |
| Defendant. | ) ) | |

This matter has come before the Court on Jason DeSimas's Unopposed Motion to File an Overlength Motion to Review and Revoke Magistrate Judge's Detention Order (Dkt. 21) and Reply in support (Dkt. 25). The Court has considered the motion and the records herein.

For good cause whoen, it is now ORDERED that Mr. DeSimas's motion to file his overlength motion and reply (Dkt. 27) is GRANTED.

DATED this 28th day of January 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER TO FILE OVERLENGTH
MOTION AND REPLY
(*United States v. DeSimas*, CR20-222-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100