Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON DESIMAS,<br><br>Defendant. | No. 2:20-cr-00222-RAJ<br><br>ORDER DIRECTING REPLY FROM GOVERNMENT |

THIS MATTER, having come to the Court's attention on the Government's Motion for Entry of a Discovery Protective Order, and the Court, having considered the Motion, the defense's Response in Opposition to the Motion, and being fully advised in this matter, hereby directs the government to file a reply to the defendant's response addressing the posted objections.

Specifically, the government's reply should include:

1. What explanation or justification can the government produce as to why all information relating to *witnesses* should be treated as presumptively protected material, and include an explanation why disclosure would work a clearly defined and serious injury to every category of witnesses.

2. Explain how or why the disclosure of the substance of a witness's statement would put a witness at risk. Include in this reply why redaction would not be an alternative means to protect the information sought to be protected.

ORDER - 1

The Court encourages the parties to meet and confer in a good faith effort to resolve the issues raised in the motion and response, and present a mutually agreeable protective order.  Otherwise, the Court **DIRECTS** the government to file its reply no later than February 12, 2021.

DATED this 3rd day of February, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge