THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR20-222-RAJ |
| Plaintiff, | |
| v. | DEFENDANT'S RESPONSE TO UNOPPOSED MOTION TO CONTINUE TRIAL |
| JASON DESIMAS, | |
| Defendant. | |

Counsel for Jason DeSimas do not oppose the Unopposed Motion to Continue filed by co-defendant Daniel Dorson. Mr. DeSimas's counsel are available on December 6, 2021, the trial date suggested by Mr. Dorson. Mr. DeSimas does not intend to execute a Speedy Trial Waiver, but understands that the Court can, and likely will, continue the trial date without his written consent.

DATED this 25th day of February 2021.

Respectfully submitted,

s/ *Sara Brin*
s/ *Corey Endo*
Assistant Federal Public Defenders
Attorneys for Jason DeSimas

DEFENDANT'S RESPONSE TO UNOPPOSED
MOTION TO CONTINUE TRIAL
(*United States v. DeSimas*, CR20-222-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100