The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>JASON DESIMAS and DANIEL<br>DELBERT DORSON,<br><br>                    Defendants. | NO. CR20-222-RAJ<br><br>ORDER CONTINUING<br>TRIAL DATE AND PRETRIAL<br>MOTIONS DEADLINE |

THIS MATTER comes before the Court upon Defendant Daniel Delbert Dorson's Motion to Continue Trial Date and Pretrial Motions Deadline.  Dkt. 48.  Trial in this matter is currently scheduled for March 1, 2021.  On December 30, 2020, Chief Judge Martinez issued General Order 18-20 in response to the continuing outbreak of Coronavirus Disease (COVID-19) in this District.  The General Order noted that the significant increase in the daily number of positive cases, hospitalizations, and deaths "has foreclosed the possibility of further increasing the number and type of in-court proceedings" and explained further as follows:

> A statewide vaccination effort has begun, with the first doses going to "Phase 1A" groups, which include frontline health workers and long-term care residents and staff.  The distribution of the vaccine to other members of the general public is anticipated to proceed in phases through the coming months.  At this time, it appears likely that the majority of individuals with business in the Courthouses, including potential jurors, will not be fully vaccinated before March 31, 2021.  Limiting the size and frequency of gatherings remain critical to preventing serious injury and death from COVID-19.

1   Accordingly, General Order 18-20 continued all "criminal in-person hearings and

2   trials…scheduled to occur before March 31, 2021…pending a future general order from this

3   Court or the order of an individual judge consistent with the procedures set forth in General

4   Order 15-20."

5          On January 5, 2021, Washington Governor Jay Inslee issued a new set of restrictions

6   that replaced the prior COVID-related restrictions in Washington that were in effect between

7   early November 2020 and January 11, 2021. Governor Inslee's "Healthy Washington –

8   Roadmap to Recovery" is a two-phased recovery plan that took effect on January 11, 2021

9   and divided the state into eight geographic regions.  Health metrics determine whether each

10  region must remain in Phase 1 with strict limitations in place similar to the restrictions

11  imposed in November 2020, or whether the region may progress to Phase 2 with slightly less

12  restrictive regulations.  Even in Phase 2, masks and physical distancing are required

13  statewide for all activities.[1]  At the current time, none of the eight regions in the state have

14  achieved the health metrics required to move from Phase 1 to Phase 2.  Thus, indoor social

15  gatherings remain prohibited statewide.[2]

16         On January 19, 2021, the Washington State Department of Health (DOH) announced

17  that as of January 16, 2021, 42.3% of the total doses of vaccine that have been delivered to

18  Washington State had been administered (a total of 294,386 doses).  DOH also announced

19  that effective immediately it was expanding access to the COVID-19 vaccine to all people

20  over the age of 65.  Currently all individuals in categories 1A1 and 1A2 (healthcare workers,

21  first responders, and long-term care facility residents) and 1B1(all people >70 and all people

22  >50 in multigenerational households) are eligible to receive the vaccine.  According to

23  DOH's announcement, the State hopes to make vaccines available to individuals in

24  categories 1B2, 1B3, and 1B4 in late winter or early spring.  Information on who is available

25

26  _____

27  [1] https://medium.com/wagovernor/inslee-announces-healthy-washington-roadmap-to-recovery-229b880a6859.

28  [2] https://www.doh.wa.gov/Newsroom/Articles/ID/2570/Roadmap-to-recovery-update-All-regions-staying-in-Phase-1-for-now

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE
*United States v. DeSimas, et al.*  CR20-222-RAJ – 2

1  for future phases (2, 3, and 4) has not yet been released.[3]

2        Given the Court's grave concerns about the safety of the public and the parties and the

3  current numbers of COVID cases, it is not possible to proceed with a jury trial in this matter

4  on Monday, March 1, 2021.  The safety and health of all involved individuals and the public

5  is of paramount concern to the Court.  Limiting the size and frequency of gatherings remains

6  critical to preventing serious illness and death from COVID-19.  The continuing public

7  health situation resulting from the pandemic also limits the availability and ability of

8  witnesses, counsel, and Court staff to be present in the courtroom.  Further, because of the

9  recommendations that individuals at higher risk of contracting this disease – including

10  individuals with underlying health conditions, individuals age 60 and older, and individuals

11  who are pregnant – avoid large groups of people, at this time, it would be difficult, if not

12  impossible, to get a jury pool that would represent a fair cross section of the community.

13  Based on the recommendations, it would also be medically inadvisable to do so.

14        The Court notes that counsel for Defendant Jason DeSimas do not oppose the

15  continuance, but that Mr. DeSimas has declined to execute a speedy trial waiver.  Dkt. 49.

16  As a result of the above findings, however, the failure to grant a continuance of the trial date

17  in this case would likely result in a miscarriage of justice.  Pursuant to 18 U.S.C.

18  § 3161(h)(7)(A), the ends of justice served by continuing the trial in this case outweigh the

19  best interest of the public and the defendants to a speedy trial.

20        The Court further finds that:

21        (a) taking into account the exercise of due diligence, a failure to grant a continuance

22  in this case would deny counsel for the defendants the reasonable time necessary for

23  effective preparation, due to counsels' need for more time to review the evidence, consider

24  possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. §

25  3161(h)(7)(B)(iv); and

26

27  _____

28  [3] https://www.doh.wa.gov/Newsroom/Articles/ID/2573/Moving-to-the-next-phase-Vaccine-expansion-plan-meant-to-accelerate-the-pace-of-vaccinations-statewide and
https://www.doh.wa.gov/Portals/1/Documents/1600/coronavirus/VaccinationPhasesInfographic.pdf

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE
*United States v. DeSimas, et al.*  CR20-222-RAJ – 3

1    (b) a failure to grant a continuance in this proceeding would likely result in a

2    miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

3    (c) the additional time requested is a reasonable period of delay, as counsel has

4    requested more time to prepare for trial, to investigate the matter, to gather evidence material

5    to the defense, and to consider possible defenses; and

6    (d) the additional time requested between the current trial date of March 1, 2021 and

7    the new trial date is necessary to provide counsel for the defendants the reasonable time

8    necessary to prepare for trial, considering counsels' schedule and all of the facts set forth

9    above.

10    IT IS HEREBY ORDERED that the trial in this matter is continued until December 6,

11    2021, at 9:00 a.m.

12    IT IS FURTHER ORDERED that all pretrial motions, including motions in limine,

13    shall be filed no later than October 21, 2021.

14    IT IS FURTHER ORDERED that the time between the date of this Order and the new

15    trial date of December 6, 2021, is excluded in computing the time within which trial must

16    commence because the ends of justice served by granting this continuance outweigh the best

17    interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(7)(A).

18

19    DATED this 1st day of March, 2021.

20

21

22    The Honorable Richard A. Jones
     United States District Judge
23

24

25

26

27

28