JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON DESIMAS,<br><br>    Defendant. | No. CR20-222RAJ<br><br>ORDER GRANTING MOTION TO SEAL DEFENDANT'S MOTION FOR TEMPORARY RELEASE |

THIS MATTER has come before the undersigned on the motion of defendant, Jason DeSimas, to file Defendant's Motion for Temporary Release under seal. The Court finds there are compelling reasons to permit the filing of the document under seal.

IT IS HEREBY ORDERED that Defendant's Motion to Seal (Dkt. # 59) is GRANTED.  Defendant's Motion for Temporary Release shall remain filed under seal.

DATED this 15th day of April, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO
SEAL DEFENDANT'S MOTION
FOR TEMPORARY RELEASE
(*Jason DeSimas,* CR20-222RAJ)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100