Judge Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JASON DESIMAS,<br><br>Defendant. | NO. CR20-222RAJ<br><br>ORDER TO SEAL UNITED STATES' RESPONSE TO MOTION FOR TEMPORARY RELEASE |

Based upon the motion of the United States, it is HEREBY ORDERED that the United States's Response in Opposition to Defendant Jason DeSimas's Motion for Temporary Release to Attend Service be FILED UNDER SEAL to maintain privacy and confidentiality of personal sensitive matters referenced in DeSimas's Motion. The government's Response is not permitted to be made publicly available.

DATED this 15th day of April, 2021.

*Richard A. Jones*
RICHARD A. JONES
United States District Court Judge

Presented by:

*s/Ye-Ting Woo*
Assistant United States Attorney

Order to Seal - 1
*United States v. Jason DeSimas*, CR20-222RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970