Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JASON DESIMAS,<br><br>　　　　　　　Defendant. | No. 2:20-cr-00222-RAJ<br><br>ORDER |

THIS MATTER comes before the Court upon Defendant Jason DeSimas's Motion for Temporary Release (Dkt. # 60).  Having considered the motion, the government's response, and the files and pleadings herein, the Court **DENIES** the motion.

While sympathetic to Mr. DeSimas's circumstances, the Court is not persuaded that the conditions proposed by him are sufficient to ensure the safety of the community and his return to custody.  The Court makes these findings for the reasons articulated by the government in its response, as well as the Court's own findings earlier set forth in its order denying Mr. DeSimas's motion to revoke detention order, which are incorporated herein by reference.

DATED this 15th day of April, 2021.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 1