Judge Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON DESIMAS,<br>JASON STANLEY,<br>RANDY SMITH, and<br>DANIEL DELBERT DORSON,<br><br>Defendants. | NO. CR20-222RAJ<br><br>GOVERNMENT'S NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL |

The United States of America, by Tessa M. Gorman, Acting United States Attorney for the Western District of Washington, and Rebecca S. Cohen, Assistant United States Attorney for said District, files notice that the undersigned Assistant United States Attorney also will appear for this case on behalf of the United States, and respectfully requests service of all pleadings in this case, effective immediately.

DATED this 13th day of July, 2021.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*/s/Rebecca S. Cohen*
REBECCA S. COHEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
E-mail: Rebecca.Cohen@usdoj.gov

Notice of Appearance of Counsel/DeSimas, et al
CR20-222RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-2279