THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR20-222-RAJ |
| Plaintiff, ) | |
| ) | ORDER GRANTING UNOPPOSED |
| v. ) | MOTION TO CONTINUE PRETRIAL |
| ) | MOTIONS DUE DATE |
| JASON DESIMAS, ) | |
| ) | |
| Defendant. ) | |

THE COURT has considered Defendant Jason DeSimas's unopposed motion to continue the pretrial motions due date in this matter from October 21, 2021, to November 11, 2021, along with the records in this case.

IT IS NOW ORDERED that the motion (Dkt. # 88) is GRANTED. All pretrial motions, including motions in limine, shall be filed no later than November 10, 2021.

DATED this 18th day of October 2021.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER TO CONTINUE
PRETRIAL MOTIONS DUE DATE
(*United States v. DeSimas*, CR20-222-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100