Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JASON DESIMAS, <br><br> Defendant. | No. CR 20 – 222 RAJ <br><br> DEFENDANT'S SPEEDY TRIAL WAIVER |

DEFENDANT JASON DESIMAS states: I am a defendant in this case. I have been informed by my attorney of my right to a speedy trial under the United States Constitution, the Federal Speedy Trial Act [18 U.S.C. § 3161 *et seq.*], and the plan for implementing the Speedy Trial Act adopted by this court.

Being fully aware of my rights and based on the advice of my attorney, I knowingly and voluntarily give up my right to a speedy trial between December 6, 2021, and June 30, 2022, and request that my trial be continued to **May 2, 2022**.

I acknowledge that the time between December 6, 2021, and the requested new trial date of **May 2, 2022** will be deemed excludable time under 18 U.S.C. § 3161(h)(7)(A).

No threats or promises have been made to get me to sign this waiver. I am signing this waiver so that my attorney will have additional time to review the discovery in this case, to investigate the facts, and to prepare for trial.

Signed on December 4, 2021 by SRI pursuant client's express authorization.

*Jason DeSimas*

_____
Jason DeSimas