The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JASON DESIMAS and JASON STANLEY, <br><br> Defendants. | NO. CR20-222-RAJ <br><br> ORDER CONTINUING TRIAL DATE |

Having considered the Motion to Continue the Pretrial Date and Trial Date filed by defendant Jason Stanley on November 3, 2021 (Dkt. 97) and the arguments discussed at the hearing on the motion conducted on December 3, 2022, the Court hereby finds that taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for defendants the reasonable time necessary for effective preparation, due to counsels' need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(B)(iv).

IT IS THEREFORE ORDERED that the Motion to Continue the Pretrial Date and Trial Date is GRANTED. The trial date in this matter is continued to May 2, 2022.

IT IS FURTHER ORDERED that all pretrial motions, including motions in limine, shall be filed no later than March 2, 2022.

IT IS FURTHER ORDERED that the time between the date of the filing of defendant Stanley's motion and the new trial date is excluded in computing the time within which trial must commence because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Failure to grant this continuance would likely make trial impossible and result in a miscarriage of justice, and would deny counsel for the defendants and counsel for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *Id.* § (B)(i), (iv).

DATED this 6th day of December, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge