District Court Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JASON DESIMAS, et al.,<br><br>Defendant. | NO. CR20-222RAJ<br><br>GOVERNMENT'S RESPONSE TO MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |

The United States of America, by and through Nicholas W. Brown, United States Attorney for the Western District of Washington, and Rebecca S. Cohen, Assistant United States Attorney for said District, respectfully files this response memorandum to inform the Court that it has no objection to the Motion to Continue Pretrial Motions Deadline filed by defendant Jason DeSimas (Dkt 110), provided, however,

//

//

//

GOV'T RESPONSE TO MOTION TO CONTINUE - 1
MOTIONS DEADLINE
*United States v. Jason DeSimas, et al.*, CR20-222RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  that the extension of the deadline applies equally to all parties.

2    DATED this 4th day of March, 2022.

Respectfully submitted,

NICHOALS W. BROWN
United States Attorney

*s/Rebecca S. Cohen*
REBECCA S. COHEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-6526
Fax: (206) 553-4986
E-mail: Rebecca.cohen@usdoj.gov

GOV'T RESPONSE TO MOTION TO CONTINUE - 2
MOTIONS DEADLINE
*United States v. Jason DeSimas, et al.*, CR20-222RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970