Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JASON DESIMAS and JASON STANLEY,<br><br>                Defendants. | No. 2:20-cv-00222-RAJ<br><br>ORDER |

THIS MATTER comes before the Court upon Defendant Jason DeSimas's Motion to Continue Pretrial Motions Deadline (Dkt. 110), which has been joined by Defendant Jason Stanley (Dkt. 113). Having considered the motion, the joinder, the government's response, and the files and pleadings herein,

IT IS ORDERED that the motion and joinder are GRANTED. All pretrial motions, including motions in limine, shall be filed no later than March 16, 2022.

IT IS FURTHER ORDERED that any future motions for extension brought before this Court must be in compliance with Local Criminal Rule 12(b)(10), which states that a motion for relief from a deadline should, whenever possible, be filed sufficiently in advance of the deadline to allow the Court to rule on the motion prior to the deadline.

DATED this 9th day of March, 2022.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1