Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON DESIMAS,<br><br>    Defendant. | No. CR 20 – 222 RAJ<br><br>DEFENDANT DESIMAS' RESPONSE TO CO-DEFENDANT STANLEY'S MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE [Docket 116] |

DEFENDANT JASON DESIMAS does not oppose the motion to continue the pretrial motions deadline filed at docket 116, so long as the trial remains set for May 2, 2022.

Respectfully Submitted on March 17, 2022.

LAW OFFICES OF STEPHAN R. ILLA



Stephan R. Illa
    WSBA No. 15793
Attorney for Defendant

DEFENDANT'S RESPONSE TO STANLEY'S MOTION
TO CONTINUE PRETRIAL MOTIONS DEADLINE
[Docket 116]– 1

LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
P.O. BOX 10033
BAINBRIDGE ISLAND, WA 98110
(206) 817-4142