# Exhibit A

MR. JASON DESIMAS

REGISTRATION NO. 23243-509
FEDERAL DETENTION CENTER
POST OFFICE BOX 13900
SEATTLE, WA 98198-1090

January 11, 2023

Hon. Richard A. Jones
United States District Judge
US District Court for the Western District of Washington
700 Stewart Street
Seattle, WA 98101

    Re:  <u>US v. DeSimas</u>
       No. CR 20 – 222 RAJ

Dear Judge Jones:

There are no words that can take back what happened on the night of December 7, 2018, for if there were I would definitely have said them by now a million times over.

I can't say enough how sorry and ashamed I am of my actions that night. There is no excuse for what I did and I take full responsibility.

I have now spent 25 months at FDC, and the time I have spent has not been wasted. For a long time now, I realized that I need to make serious changes in my life. This realization started soon after December 2018.

Several months after that awful night, I checked myself into the Tacoma detox and quit drinking. Alcohol was a central feature of my life up to that time. My father was an alcoholic, and I saw firsthand the mistakes he made as a result of intoxication, states that left him filled with anger and regret. That I have turned out so much like him is horrifying to me.

Shortly after I completed detox, my daughter Zoe encouraged me in my sobriety efforts and said that she now felt safe to tell me about her gender fluidity. I was shocked and confused by the disclosure, and I must admit that I'm still not 100%

1

sure of what gender fluidity even means. But the fact that she had the confidence to confide in me reinforced my commitment to change.

Opening up to change is never easy, and it is difficult to accomplish at my age. However, I realized I needed to open up my heart to the world and change or risk losing everything.

As part of my path forward, I have been eliminating people from my life who are toxic and destructive. I no longer share the views I previously held and continue to evolve into the person and father I need to be. To be there for my daughter and family, is my task for the rest of my life.

My months at FDC have not been easy. The ordinary stresses of incarceration have been compounded by COVID restrictions and quarantine lockdowns. I have seen many people give up in frustration, but I will never do that.

Although programing opportunities and classes at FDC are few, I have done my best to improve myself by studying and completing self-help workshop books and programs. I have completed *The Four Agreements,* along with work in the *Health Journal.* Both are designed to promote personal health, stress management, mindfulness and building healthy relationship

I am not sure I would be able to stand in court and properly express all of this. With the emotions of the last few years still fresh and raw, I wanted to put my thoughts to you in writing.

Finally, I want the court to know that I sincerely regret my actions and apologize to the victim for what I have done.

Respectfully,

*Jason DeSn*

Jason DeSimas