TheStephanator@msn.com



| | |
|---|---|
| **From:** | Krisbruneau Bruneau |
| **Sent:** | Thursday, September 15, 2022 1:00 PM |
| **To:** | TheStephanator@msn.com |
| **Subject:** | Jason Desimas |

Hello , I am writing this letter on behalf of Jason Desimas. I have known Jason for a few years. I was in absolute shock when he was taken into custody . The Jason I know and grown to love  , is someone who has a huge heart . He has helped rescue dogs from a puppy mill set to be euthanized on a kill list. He took her into his home and showed her love and attention, taught her how to be a dog, walk on a leash , live in a house . It was a beautiful process to see. The Jason I know stops when he sees strangers broken down on the side of the road , even helped a single mom get gas and her sick child medications. The Jason I know , has been my best friend and shown me unconditionally that he loves me , knowing that my oldest child and granddaughter is of mixed race. Never once has he shown me anything but a love for all life's , human and animal. I have witnessed him feed homeless .  The person that committed this crime is not the person I know and proud to say I love. I know that he is in embarrassed, feels extreme guilt and sorrow , I know he has expressed to me , that he wants to get out and change his environment and the company he keeps. He's made no excuses or hides the fact he made wrong decisions. I have no reason to ever believe that he would only show my daughter and granddaughter respect and kindness. If I believed he would ever do such hateful things again , I would never be writing this or even offering my home for when he is released.  I honestly believe Jason has paid a huge debt to society and him not being in the community is a injustice. He has a huge personality and voice and given the right tools can be a great asset to the community speaking against hate and racial injustice. I know he can turn this bad episode into something better .  I know no one can punish him more then himself .  I truly believe there is far worse humans out there that deserve to be locked away , that claim to want justice for all , yet light forest fires , stalk , harass , picket and loot and riot people who don't believe the same beliefs as they do.  Jason I trust around my bi racial daughter and granddaughter , more then I ever would a lot of people in this world. We all make mistakes sometimes being at wrong place time and not knowing going to be led down a path we would regret by people we thought we could trust.  His whole life has been ripped away as he knew it .  Not to mention this incident he will carry on his shoulders the rest of his life no matter the job , the environment and the judgements of others the rest of his life. Jason will always have a friend and a home if he ever needs when it comes to me. Thank you for your time . Krista Leonard

Portland or 97030

Sent from my iPhone

**From:**    randi pinney

FILE COPY

To whom it may concern,

    My name is Randi Pinney, I have been an on and off employee of Jason DeSimas for over 13 years now. I met him on my 18th birthday at his shop Sin on Skin in Burien. I am 33 now. I have been a piercer at shops he has owned on and off since meeting him. I am a lesbian, and I have 2 children, a daughter who is 13, and is half Mexican, and my other daughter will be 7 on Christmas and is 75% African American. He has been an active part of our lives and has been nothing but kind and loving towards myself and my children. I currently work for him at Tac Town Tattoo in Tacoma as a piercer pretty much 7 days a week. He is a wonderful boss, and a great artist. I have personally never seen him be violent, aggressive, or hateful in any way over the years I have known him. I have recently become aware of his legal situation and am very concerned about the welfare of the shop and, of course, Jason himself. He is an extremely important part of the shop and without him here, the shop will fall apart. That would leave myself and the other employees without any sort of income, and during these times with Covid, it would be almost impossible to gain employment anywhere else. With 2 children to care for, I dont know what I would do. He is in no way a flight risk, he has been very vocal about getting this taken care of. It would be extremely disastrous if he was to be taken away from the shop for not only myself, but it would affect so many others in the wake of it. I have been a strong advocate of Jason's for quite a while now, defending him against people who claim he is a Nazi, or affiliated with Nazis. I personally feel that if he was, I would not be in his life, let alone work for him at his shop. He has been nothing but loving towards myself and my children, and I think it is unfair that he has been labeled a violent hateful person. If the people who are targeting him had a chance to know him, they would know he is a very loving and caring person. The reason for me writing today is to plead to whomever I can to keep him here at the shop, and in the community. He is not a threat to anyone, and is definitely NOT a violent hateful person. Without him here, so many lives will be affected extremely negatively. I sincerely hope that he can take care of this issue and still be able to continue running the shop. If I am needed in any way, I can be contacted via email or by phone at ▇▇▇▇▇▇▇▇. I cannot stress enough the importance of Jason and how much he is needed here. Please dont hesitate to contact me for anything.

Sincerely,
Randi A. Pinney

TheStephanator@msn.com

| | |
|---|---|
| From: | Krisbruneau Bruneau |
| Sent: | Thursday, September 15, 2022 1:00 PM |
| To: | TheStephanator@msn.com |
| Subject: | Jason Desimas |



FILE COPY

Hello , I am writing this letter on behalf of Jason Desimas. I have known Jason for a few years. I was in absolute shock when he was taken into custody . The Jason I know and grown to love  , is someone who has a huge heart . He has helped rescue dogs from a puppy mill set to be euthanized on a kill list. He took her into his home and showed her love and attention, taught her how to be a dog, walk on a leash , live in a house . It was a beautiful process to see. The Jason I know stops when he sees strangers broken down on the side of the road , even helped a single mom get gas and her sick child medications. The Jason I know , has been my best friend and shown me unconditionally that he loves me , knowing that my oldest child and granddaughter is of mixed race. Never once has he shown me anything but a love for all life's , human and animal. I have witnessed him feed homeless .  The person that committed this crime is not the person I know and proud to say I love. I know that he is in embarrassed, feels extreme guilt and sorrow , I know he has expressed to me , that he wants to get out and change his environment and the company he keeps. He's made no excuses or hides the fact he made wrong decisions. I have no reason to ever believe that he would only show my daughter and granddaughter respect and kindness. If I believed he would ever do such hateful things again , I would never be writing this or even offering my home for when he is released.  I honestly believe Jason has paid a huge debt to society and him not being in the community is a injustice. He has a huge personality and voice and given the right tools can be a great asset to the community speaking against hate and racial injustice. I know he can turn this bad episode into something better .  I know no one can punish him more then himself .  I truly believe there is far worse humans out there that deserve to be locked away , that claim to want justice for all , yet light forest fires , stalk , harass , picket and loot and riot people who don't believe the same beliefs as they do.  Jason I trust around my bi racial daughter and granddaughter , more then I ever would a lot of people in this world. We all make mistakes sometimes being at wrong place time and not knowing going to be led down a path we would regret by people we thought we could trust.  His whole life has been ripped away as he knew it .  Not to mention this incident he will carry on his shoulders the rest of his life no matter the job , the environment and the judgements of others the rest of his life. Jason will always have a friend and a home if he ever needs when it comes to me. Thank you for your time . Krista Leonard

Portland or 97030

Sent from my iPhone

**From:**     randi pinney

FILE COPY

To whom it may concern,

    My name is Randi Pinney, I have been an on and off employee of Jason DeSimas for over 13 years now. I met him on my 18th birthday at his shop Sin on Skin in Burien. I am 33 now. I have been a piercer at shops he has owned on and off since meeting him. I am a lesbian, and I have 2 children, a daughter who is 13, and is half Mexican, and my other daughter will be 7 on Christmas and is 75% African American. He has been an active part of our lives and has been nothing but kind and loving towards myself and my children. I currently work for him at Tac Town Tattoo in Tacoma as a piercer pretty much 7 days a week. He is a wonderful boss, and a great artist. I have personally never seen him be violent, aggressive, or hateful in any way over the years I have known him. I have recently become aware of his legal situation and am very concerned about the welfare of the shop and, of course, Jason himself. He is an extremely important part of the shop and without him here, the shop will fall apart. That would leave myself and the other employees without any sort of income, and during these times with Covid, it would be almost impossible to gain employment anywhere else. With 2 children to care for, I dont know what I would do. He is in no way a flight risk, he has been very vocal about getting this taken care of. It would be extremely disastrous if he was to be taken away from the shop for not only myself, but it would affect so many others in the wake of it. I have been a strong advocate of Jason's for quite a while now, defending him against people who claim he is a Nazi, or affiliated with Nazis. I personally feel that if he was, I would not be in his life, let alone work for him at his shop. He has been nothing but loving towards myself and my children, and I think it is unfair that he has been labeled a violent hateful person. If the people who are targeting him had a chance to know him, they would know he is a very loving and caring person. The reason for me writing today is to plead to whomever I can to keep him here at the shop, and in the community. He is not a threat to anyone, and is definitely NOT a violent hateful person. Without him here, so many lives will be affected extremely negatively. I sincerely hope that he can take care of this issue and still be able to continue running the shop. If I am needed in any way, I can be contacted via email or by phone at ▓▓▓▓▓▓▓. I cannot stress enough the importance of Jason and how much he is needed here. Please dont hesitate to contact me for anything.

Sincerely,
Randi A. Pinney

Re: United States v. DeSimas CR 20-222 RAJ

9-27-22

Hon. Richard A. Jones
US District Judge of Western WA.
700 Stewart Street
Seattle WA 98101

Dear Judge Jones:

I am writing this letter on behalf of Mr. Jason DeSimas of whom I have personally known for 13 yrs. and have shared a close bond of friendship.

I'm wanting to bring light the kind of person he was to the kind of person I have seen him become. Jason is a gentleman that has been a good friend, a compassionate father and has been devoted to becoming a better man. His enthusiasm has led to many good works in society, from speaking at troubled youth groups telling his story and the struggle his choices has affected his life.

Jason has participated in giving back to his community helping others and encouraging positive growth.

Your honor I myself is someone that comes from incarceration to inspiration. Today and offer my full

I want to bring it to the courts attention with the drive, there is success. I truly believe Jason has the determination and drive, as I have watched him grow into a well mannered man.

I am more than positive that he has learned from this experience, and will continue to grow, if given the opportunity I know he will greatfully show the courts he can to be another success story. Thank you for your consideration

In best regards,

*Shelby Edson*

Shelby Edson

FILE COPY

Hi my name is C▮▮▮ P▮▮▮ I'm 15 years old in 8th grade. Im writing this letter for Jason Desimas, my dad. See he is not my father but he is the only man like a dad to me. Before he was my dad I was a bad kid. I always got in trouble and hated school and did not like myself. I always got kicked out of school and made my mom life hard. Then my dad Jason moved in to his shop in front of are apartment. I never had a dad before him he is my only dad. He said stay in school get good grades and play football. I have not got kick out of school again last year I tried out football and got good grades. My dad gave me my first job and paid me. I clean out the shop at night for my first job. Right now I am getting all As and I have not be absent at all this year. Me and my dad also go to the gym to work out so I look good for the ladies. I love my dad very much and asking please to take it easy on him everybody makes mistakes and he has loved me like a real dad. I need my dad.



C▮▮▮ P▮▮▮