# Exhibit C

FILE COPY



# FDC SEATAC INMATE BULLETIN

## Food Service National Menu

Due to budget constraints, shipping delays, and inflation costs, the national menu will be impacted for at least the next few weeks. We hope to have this resolved by the end of the first week of October 2022. This will likely impact several food items to include: fish, fruit, produce, bread, chicken patties, and beef patties. Menu updates will be provided during the week on TRULINCS. We are working hard to resolve these issues and understand the impact that it will have on the population. We appreciate your patience during this time.

_____          9/15/2022
S. Dosanj, Associate Warden        Date

DESIMAS, JASON  23243509