# Exhibit D

# Certificate of Achievement

FILE COPY

This certifies that

**Jason DeSimas**

has satisfactorily completed

**Health & Nutrition**

Consisting of **20** Hours of Training

This certificate is hereby issued this **11th** day of **Oct**, 20**20**



FDC Seatac