Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JASON DESIMAS,<br><br>　　　　　　Defendant. | No. 2:20-cr-00222-RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SEAL OBJECTIONS TO RESTITUTION DEMAND |

Defendant's motion to seal the objections he previously filed under Dkt. 191 came on regularly for hearing. Being fully advised, and finding good cause, the Court GRANTS the motion (Dkt. 206).

IT IS THEREFORE ORDERED that Defendant DeSimas' restitution objections filed at Dkt. 191 shall remain sealed.

DATED this 27th day of January, 2023.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION TO SEAL
OBJECTIONS TO RESTITUTION DEMAND – 1

Law Offices of Stephan R. Illa, Inc. P.S.
P.O. Box 10033
Bainbridge Island, WA 98110
(206) 817-4142