The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

JASON DESIMAS,

Defendant.

NO. CR20-222 RAJ

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

The Court, being familiar with the record in this matter and having reviewed the United States' Unopposed Motion for Extension of Time, hereby GRANTS the United States' Motion.

The United States' response to Defendant's Motion for Early Termination of Supervised Release (Dkt. 241) is due June 3, 2026.

The Defendant's Motion is re-noted for June 8, 2026.

IT IS SO ORDERED.

DATED this 22nd day of May, 2026.

_____
HON. RICHARD A. JONES
United States District Judge

ORDER GRANTING EXTENSION OF TIME - 1
*United States v. DeSimas*, CR20-222 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970