Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                    Plaintiff,

       v.

JASON DESIMAS,

                    Defendant.

No. 2:20-cr-00222-RAJ

ORDER DENYING
DEFENDANT'S MOTION FOR
EARLY TERMINATION OF
SUPERVISED RELEASE

THIS MATTER comes before the Court upon Defendant Jason DeSimas' Motion for Early Termination of Supervised Release. Dkt. 241. Having considered the motion, the Government's response in opposition (Dkt. 247), the statement of the victim in this matter (Dkt. 250), and the files and pleadings herein,

IT IS ORDERED that Defendant Jason DeSimas' Motion for Early Termination of Supervised Release is **DENIED**.

DATED this 10th day of June, 2026.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 1